UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROCULO MOZO ISLAS,<br>Petitioner,<br>v.<br>CHRISTOPHER J. LAROSE,<br>Respondent. | Case No.: 3:26-cv-06547-RBM-DEB<br>**ORDER REFERRING PETITION** |

Petitioner Proculo Mozo Islas ("Petitioner"), an immigration detainee proceeding *pro se*, has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition"). (Doc. 1.) Before proceeding, the Court **REFERS** the Petition to Federal Defenders of San Diego, Inc. ("FDSDI") for an evaluation of whether Petitioner is eligible for appointment of counsel.

If FDSDI chooses to accept representation, Petitioner **SHALL FILE** an Amended Petition on or before **December 7, 2026**. **If an Amended Petition is filed, its filing commences the briefing schedule and procedures set forth in Chief Judge Order No. 144**.

The Clerk of the Court is **DIRECTED TO TRANSMIT** a copy of the Petition (Doc. 1) and this Order to Federal Defenders of San Diego, Inc. and the United States Attorney's Office.

**IT IS SO ORDERED.**

DATE: November 23, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE